No. 671. KINNEY, SECRETARY OF LABOR, *v.* NEBRASKA EX REL. WESTERN REFERENCE & BOND ASSOCIATION, INC. ET AL. April 8, 1941. O. M. Olsen, Secretary of Labor, substituted as the party petitioner herein on motion of *Mr. Don Kelley* for the petitioner.

No. 629. HARRIS, ADMINISTRATOR, *v.* ZION'S SAVINGS BANK & TRUST CO. Argued March 31, 1941. Decided April 14, 1941. *Per Curiam:* Upon appeal from an order of the Probate Court of Salt Lake County, Utah, purporting to authorize an administrator of a deceased farmer to file a petition for relief under § 75 of the Bankruptcy Act, the Supreme Court of Utah has held that under the Probate Code of the State the Probate Court had no power to make the order. The decision thus rests upon an adequate non-federal ground, and as the federal question, whether in such circumstances a District Court of the United States sitting in bankruptcy could entertain a petition of the personal representative of the deceased farmer under § 75 of the Bankruptcy Act, was not necessarily involved, the writ of certiorari is dismissed. *Mr. J. D. Skeen* for petitioner. *Mr. Hadlond P. Thomas* for respondent.